RECEIVED
MAY - 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BRANDON SCOTT LAVERGNE** <br> **LA. DOC #424229** | **CIVIL ACTION NO. 6:14-2835** <br><br> **SECTION P** |
| **VERSUS** | **JUDGE HAIK** |
| **TRENT BRIGNAC, ET AL** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Brandon Scott Lavergne's civil rights complaint be **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 7th day of May, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE